## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIAVOSH HENAREH, | : | No. 3:24cv2094 |
| | : | |
| **Plaintiff** | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this ____ day of April 2025, upon consideration of the United States' motion (Doc. 20) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.  The motion (Doc. 20) is **GRANTED**.  The FTCA claim against the United States of America is **DISMISSED** for lack of jurisdiction.

2.  The Clerk of Court is directed to **CLOSE** this case.

3.  Any appeal from this order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court